R. M. Shoemaker Co., Appellant, *v.* Blumenfeld.

Argued April 21, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Victor Wright,* with him *Fox, Rothschild, O'Brien & Frankel,* for appellant.

*Milton S. Lazaroff,* with him *Techner, Rubin and Shapiro,* for appellees.

OPINION PER CURIAM, June 28, 1971:
This appeal being from an interlocutory order not made appealable by statute, the appeal is quashed. Appellant to pay costs.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.